

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00011-CR

EX PARTE LUIS GUSTAVO VENTURA GIL

On Appeal from the County Court
Kinney County, Texas
Trial Court No. 12027CR

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

## MEMORANDUM OPINION

This Court previously reversed the trial court's denial of Appellant's pretrial writ of habeas corpus and remanded the matter to the trial court for an evidentiary hearing.[1] *Ex parte Gil*, No. 06-23-00215-CR, 2023 WL 8287590 (Tex. App.—Texarkana Dec. 1, 2023, pet. filed) (mem. op., not designated for publication). Before the issuance of our mandate, and while the State's petition for discretionary review was pending before the Texas Court of Criminal Appeals, the trial court, on January 9, 2024, issued another denial of Appellant's pretrial writ of habeas corpus, which is the subject of this appeal.

Recognizing that the trial court's action prior to the issuance of our mandate was a nullity, TEX. R. APP. P. 25.2(g) ("Once the record has been filed in the appellate court, all further proceedings in the trial court—except as provided otherwise by law or by these rules—will be suspended until the trial court receives the appellate-court mandate."), the State filed a motion to dismiss this appeal for want of jurisdiction. We requested that appellant file a response to the State's motion. In that response, appellant conceded that the trial court's January 9, 2024, order is void and that this appeal should be dismissed for want of jurisdiction.

---

[1]Originally appealed to the Fourth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (Supp.).

In light of the foregoing, we vacate the trial court's denial of Appellant's pretrial writ of habeas corpus issued on January 9, 2024, grant the State's motion to dismiss the appeal, and dismiss this appeal.

Jeff Rambin
Justice

Date Submitted:    March 21, 2024
Date Decided:    March 22, 2024

Do Not Publish